UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

ANDREW M. CARROLL
427 N. Packard St.
Hammonton, NJ 08037
AMC/0842

In Re: Kassner, Walter
       Kassner, Darlene

Order Filed on February 22 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-10843   SLM

Adv. No.:

Judge Stacey L. Meisel

## ORDER GRATING MOTION TO EXTEND AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 22, 2023**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor: Kassner, Walter and Darlene
Case No.: 23- 10843 SLM
Caption of Order: Order Granting Motion to Extend Automatic Stay

---

This matter having been brought before the Court by the debtor's attorney, Andrew M. Carroll, on Notice of Motion, and the debtor having provided Notice of said Motion to the interested creditors, and to the United States Trustee, the Chapter 13 Trustee and all interested parties having had an opportunity to be heard, the Court having reviewed the moving papers and all responses thereto, and for good cause shown the automatic stay in the present case is imposed and shall continue until further
^ to those properly served
Order of this Court.

**IT IS FURTHER ORDERED** that the debtor shall serve a copy of this Order on all interested parties within five (5) days of the entry hereof.

_____
Stacey L. Meisel, U.S.B.J.