UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WNI 20-027535
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.

In Re:

WALTER KASSNER AND DARLENE KASSNER, DEBTORS

Case No.: 23-10843-SLM

Judge: HONORABLE STACEY L. MEISEL

Chapter: 13

## NOTICE OF OBJECTION TO CONFIRMATION

The undersigned, LOGS Legal Group LLP, attorneys for the Secured Creditor, Wells Fargo Bank, N.A., the holder of a Mortgage on Debtors' property located at 306 Main Street, East Rutherford, NJ 07073, hereby objects to the Confirmation of the Debtors' proposed Chapter 13 Plan, ECF # 3, on the following grounds:

1) Debtors' proposed Chapter 13 Plan does not provide for the curing of the mortgage arrearage accrued at the time of the Bankruptcy filing to Secured Creditor. Secured Creditor is owed pre-petition arrearage in the amount of $3,017.46.

2) Debtors' proposed Chapter 13 Plan does not provide for the Secured Creditor to receive distributions with a value equal to the allowed amount of its claims required by 11 U.S.C.1325(a)(5)(B)(ii).

3) Debtors' proposed Chapter 13 Plan does not provide the amount to maintain ongoing contractually due monthly obligations to Secured Creditor, in violation of 11 U.S.C. 1322(b)(5).

4) Debtor's proposed Chapter 13 Plan does not include/reference Secured Creditor mortgage lien at all.

WHEREFORE, Wells Fargo Bank, N.A. respectfully requests that the Confirmation of Debtors' Chapter 13 Plan be denied, and that the Debtor be required to file an Amended Chapter 13 Plan providing for full payment of arrears due to the Secured Creditor.

LOGS LEGAL GROUP LLP

By: */s/Elizabeth L. Wassall*
    Elizabeth L. Wassall - 023211995

Dated: 2-24-2023

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>WNI 20-027535<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>ATTORNEYS FOR WELLS FARGO BANK, N.A. |

| In Re: | Case No.: 23-10843 |
|---|---|
| WALTER KASSNER AND DARLENE KASSNER, DEBTORS | Judge: HONORABLE STACEY L. MEISEL |
| | Chapter: 13 |

**CERTIFICATION OF SERVICE**

I, _Valerie Feliz_ the undersigned

1. ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Kathleen M. Magoon, Esquire and Elizabeth L. Wassall, Esquire, who represents the Secured Creditor in the above-captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   - Notice of Objection to Confirmation

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Signature

Dated: 2/24/2023      /s/Valerie Feliz

Printed Name

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew M. Carroll, Esq.<br>427 N. Packard Street<br>Hammonton, NJ 08037 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| WALTER KASSNER<br>287 Carlton Avenue<br>East Rutherford, NJ 07073<br><br>DARLENE KASSNER<br>287 Carlton Avenue<br>East Rutherford, NJ 07073 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.