| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>ANDREW M. CARROLL<br>427 N. Packard St.<br>Hammonton, NJ 08037<br>AMC/0842<br><br><br>In Re: Kassner, Walter<br>　　　　Kassner, Darlene | Order Filed on February 22 2023<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br>Case No.: 23-10843    SLM<br><br>Adv. No.:<br><br>Judge Stacey L. Meisel |

## ORDER GRATING MOTION TO EXTEND AUTOMATIC STAY

　　The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 22, 2023**

　　　　　　　　　　　　　　　　　　　　Honorable Stacey L. Meisel
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**(Page 2)**
Debtor: Kassner, Walter and Darlene
Case No.: 23- 10843 SLM
Caption of Order: Order Granting Motion to Extend Automatic Stay

---

This matter having been brought before the Court by the debtor's attorney, Andrew M. Carroll, on Notice of Motion, and the debtor having provided Notice of said Motion to the interested creditors, and to the United States Trustee, the Chapter 13 Trustee and all interested parties having had an opportunity to be heard, the Court having reviewed the moving papers and all responses thereto, and for good cause shown the automatic stay in the present case is imposed and shall continue until further
^ to those properly served
Order of this Court.




**IT IS FURTHER ORDERED** that the debtor shall serve a copy of this Order on all interested parties within five (5) days of the entry hereof.



_____
Stacey L. Meisel, U.S.B.J.

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-10843-SLM
Walter Kassner  Chapter 13
Darlene Kassner
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2
Date Rcvd: Feb 22, 2023      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2023:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Walter Kassner, Darlene Kassner, 287 Carlton Avenue, East Rutherford, NJ 07073-1049

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2023 at the address(es) listed below:

**Name**      **Email Address**

Andrew M. Carroll
     on behalf of Debtor Walter Kassner AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com

Andrew M. Carroll
     on behalf of Joint Debtor Darlene Kassner AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com

Denise E. Carlon
     on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
     on behalf of Creditor Wells Fargo Bank N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Marie-Ann Greenberg
     magecf@magtrustee.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 22, 2023 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6