UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

WNI 20-027535
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Kathleen M. Magoon - 040682010
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR WELLS FARGO BANK, N.A.

Order Filed on July 24, 2023
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

In Re:

WALTER KASSNER AND DARLENE KASSNER,
DEBTORS

Case No.: 23-10843-SLM

Judge: HONORABLE STACEY L. MEISEL

Chapter: 13

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: July 24, 2023**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

This matter being opened to the Court by Andrew M. Carroll, attorney for the Debtor(s), upon filing of a Amended Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, LOGS Legal Group LLP, upon the filing of an Objection to Confirmation of Plan, and the parties having subsequently resolving their differences with regard to the Debtors' Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor(s) is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 306 Main Street, East Rutherford, NJ 07073.

2. At the time of bankruptcy filing, Debtor(s) owed Secured Creditor a pre-petition arrearage of $3,017.46; as evidenced in Secured Creditor's Proof of Claim 3-1 filed on February 14, 2023.

3. Debtor(s) agree to incorporate this amount, $3,017.46, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned pre-petition default.

4. Debtor(s) agree to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $1,877.62 monthly, commencing with the March 1, 2023 payment. Payments to be made directly to Wells Fargo Home Mortgage, P.O. Box 14507, Des Moines IA 50306.

5. If the Debtor(s) fail make any payments detailed in this Consent Order within sixty (60) days of the date the payment is due, or if any of the funds paid fail to clear for insufficient funds or are dishonored for any reason, then the Secured Creditor may move for an Order Vacating the Automatic Stay as to the Collateral by filing a Motion to Vacate Automatic Stay in the Bankruptcy Court, specifying the Debtor(s)' failure to maintain all contractually due post-petition payments, with a copy of any motion, supporting certification(s), and proposed order to be served on the Chapter 13 Standing Trustee, Debtor(s)' Counsel and Debtor(s) as required by the local bankruptcy rules.

6. Secured Creditor agrees this Consent Order resolves the Objection to Confirmation of Plan filed on July 11, 2023; ECF Doc.:44.

7. This Consent Order is hereby incorporated into Debtor(s)' Amended Chapter 13 Plan and any Order Confirming a Chapter 13 Plan as may be entered by the Court.

We hereby consent to the form, content, and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall          Date: 7-19-2023
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

                                 Date: 7/19/23
Andrew M. Carroll, Esquire
Attorney for the Debtor(s)