Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  23−10843−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Walter Kassner
287 Carlton Avenue
East Rutherford, NJ 07073

Darlene Kassner
287 Carlton Avenue
East Rutherford, NJ 07073

Social Security No.:
xxx−xx−5246

xxx−xx−0095

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 27, 2023.

Dated: July 27, 2023
JAN: ldd

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 23-10843-SLM

Walter Kassner  Chapter 13

Darlene Kassner

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 27, 2023 | Form ID: plncf13 | Total Noticed: 24 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Walter Kassner, Darlene Kassner, 287 Carlton Avenue, East Rutherford, NJ 07073-1049 |
| 519826939 | + | PSE&G, Att: Bankruptcy Department, PO Box 709, Newark, NJ 07101-0709 |
| 519827606 | | Rosemary Pilovski, 306 Main Street, East Rutherford, NJ 07073, Co-signer on car; Debtor's sister |
| 519826941 | | Sunnova Asset Portfolio 4 LLC, c/o Corporation Service Company, Princeton South Corporate Center, 100, Ewing Boulevard, Suite 160, Ewing, NJ 08628 |
| 519826944 | + | Veolia Water New Jersey, Payment Center, PO Box 371904, Pittsburgh, PA 15250-7904 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 27 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 27 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 27 2023 20:47:59 | Wells Fargo Bank, N.A., MAC N9286-01Y, Default Document Processing PO Box 1629, Minneapolis, MN 55440 |
| 519826936 | | Email/Text: bankruptcycourts@equifax.com | Jul 27 2023 20:38:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 519826937 | ^ | MEBN | Jul 27 2023 20:36:21 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 519884655 | ^ | MEBN | Jul 27 2023 20:37:12 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519830440 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 27 2023 20:47:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519832401 | | Email/PDF: cbp@omf.com | Jul 27 2023 20:47:18 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519850079 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 20:58:33 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519952990 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2023 20:38:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519888136 | | Email/Text: claimsdepartment@sunnova.com | Jul 27 2023 20:37:00 | Sunnova Energy Corporation, 20 Greenway Plaza, Suite 540, Houston, TX 77046 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: plncf13 | Total Noticed: 24 |

| Recip ID | | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519826940 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jul 27 2023 20:39:00 | | Select Portfolio Servicing, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519826942 | ^ | MEBN Jul 27 2023 20:35:04 | | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |
| 519885654 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jul 27 2023 20:39:00 | | U.S. Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519884620 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Jul 27 2023 20:38:00 | | US Bank, 60 Livingston Avenue, EP-MN-WS3D, Saint Paul, MN 55107 |
| 519826943 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jul 27 2023 20:39:00 | | US Bank, NA, 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 519880314 | + | Email/PDF: ebn_ais@aisinfo.com Jul 27 2023 20:58:13 | | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519837400 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Jul 27 2023 20:47:37 | | Wells Fargo Bank, N.A., Default Document, Processing, MAC# N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |
| 519826945 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com Jul 27 2023 20:48:01 | | Wells Fargo, Auto, PO Box 29704, Phoenix, AZ 85038-9704 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519956663 | *+ | Wells Fargo Bank, N.A., Default Document, Processing, MAC# N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |
| 519826938 | ##+ | KML Law Group, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2023             Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Carroll | on behalf of Debtor Walter Kassner AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Andrew M. Carroll | on behalf of Joint Debtor Darlene Kassner AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-2      User: admin      Page 3 of 3
Date Rcvd: Jul 27, 2023      Form ID: plncf13      Total Noticed: 24

Elizabeth L. Wassall — on behalf of Creditor Wells Fargo Bank N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Marie-Ann Greenberg — magecf@magtrustee.com

U.S. Trustee — USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6