ANDREW M. CARROLL
ANDREW M. CARROLL, ESQ.
427 N PACKARD ST.
08037
HAMMONTON, NJ  08037

Re:  WALTER KASSNER
DARLENE KASSNER
287 CARLTON AVENUE
EAST RUTHERFORD,  NJ  07073

Atty:  ANDREW M. CARROLL
ANDREW M. CARROLL, ESQ.
427 N PACKARD ST.
08037
HAMMONTON, NJ  08037

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 23-10843

## RECEIPTS AS OF 01/01/2024     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/02/2023 | $1,485.00 | 9028145000 | 04/05/2023 | $1,485.00 | 9096831000 |
| 06/21/2023 | $1,485.00 | 1582121 | 07/07/2023 | $1,485.00 | 1582134 |
| 07/13/2023 | $1,570.00 | 1582145 | 08/30/2023 | $1,755.00 | 1667319 |
| 10/03/2023 | $1,755.00 | 1667344 | 11/01/2023 | $1,755.00 | 2168010 |
| 12/05/2023 | $1,755.00 | 2168032 | | | |

**Total Receipts: $14,530.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $14,530.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 08/14/2023 | $3,175.33 | 914,215 | 09/18/2023 | $1,578.20 | 915,695 |
| | 11/13/2023 | $1,552.87 | 918,643 | 12/11/2023 | $1,552.88 | 920,079 |
| SUNNOVA ENERGY CORPORATION | | | | | | |
| | 11/13/2023 | $5.00 | 919,815 | | | |
| WELLS FARGO BANK NA | | | | | | |
| | 08/14/2023 | $123.69 | 915,552 | 09/18/2023 | $61.48 | 917,084 |
| | 11/13/2023 | $60.49 | 919,961 | 12/11/2023 | $60.49 | 921,361 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,134.13 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0004 | PSE&G | UNSECURED | 2,275.43 | 100.00% | 0.00 | 2,275.43 |
| 0007 | SUNNOVA ENERGY CORPORATION | SECURED | 61.51 | 100.00% | 5.00 | 56.51 |
| 0010 | SELECT PORTFOLIO SERVICING INC | (NEW) Prepetition | 77,460.77 | 100.00% | 9,412.16 | 68,048.61 |

**Chapter 13 Case # 23-10843**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0011 | VEOLIA WATER NEW JERSEY | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0012 | WELLS FARGO, AUTO | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0013 | LVNV FUNDING LLC | UNSECURED | 214.40 | 100.00% | 0.00 | 214.40 |
| 0014 | ONEMAIN | UNSECURED | 6,126.89 | 100.00% | 0.00 | 6,126.89 |
| 0015 | WELLS FARGO BANK NA | (NEW) Prepetition / | 3,017.46 | 100.00% | 366.64 | 2,650.82 |
| 0016 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 447.45 | 100.00% | 0.00 | 447.45 |
| 0017 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 275.60 | 100.00% | 0.00 | 275.60 |
| 0018 | QUANTUM3 GROUP LLC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0019 | WELLS FARGO BANK, N.A. | SECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $14,667.93**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $14,530.00      -     Paid to Claims: $9,783.80      -     Admin Costs Paid: $4,884.13     =     Funds on Hand: $1,617.07

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.