**Order Filed on August 15, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| In Re: <br> Darlene Kassner, and <br> Walter Kassner <br>                 Debtors. | Case No.: 23-10843-SLM <br><br> Chapter: 13 <br><br> Hearing Date: 8/14/2024 <br><br> Judge: Stacey L. Meisel |

# ORDER DENYING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is **ORDERED**.

**DATED: August 15, 2024**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Darlene Kassner and Walter Kassner |
| Case No.: | 23-10843-SLM |
| Caption of Order: | Order Denying Motion for Relief from Stay |
| Page: | 2 of 2 |

**THIS MATTER** having been brought before the Court on a *Motion for Relief from Stay* by U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1; this Court finds:

**WHEREAS** the *Motion for Relief from Stay* is deficient for the following reason(s):

☐ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

☐ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

☐ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☒ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 2002, 9014, Fed. R. Bankr. P. 7004, and Fed. R. Bankr. P. 9010 as well as the Register of Governmental Units available on the Court's website.

☒ **Other:** Failure to serve the party who filed a notice of appearance at ECF Nos. 12 and 36.

It is hereby

**ORDERED** that the *Motion for Relief from Stay* is denied without prejudice.