| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>**Marie-Ann Greenberg MAG-1284**<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ 07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** | Case No.: 23-10843 |
| IN RE:<br><br>WALTER KASSNER<br>DARLENE KASSNER | Adv. No.:<br><br>Hearing Date: 10/09/2024<br><br>Judge: SLM |

### CERTIFICATION OF SERVICE

1. I, Sheila Alvarado, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 09/09/2024, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

---

Debtors:
WALTER KASSNER
DARLENE KASSNER
287 CARLTON AVENUE
EAST RUTHERFORD, NJ 07073
Mode of Service: Regular Mail

---

Attorney for Debtor(s):
ANDREW M. CARROLL
ANDREW M. CARROLL, ESQ.
427 N PACKARD ST.
08037
HAMMONTON, NJ 08037
Mode of Service: ECF and/or Regular Mail

---

Dated: September 09, 2024

By: /S/ Sheila Alvarado
Sheila Alvarado