Case 23-10843-SLM    Doc 60    Filed 10/11/24    Entered 10/12/24 00:18:24    Desc Imaged
Certificate of Notice    Page 1 of 4

Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−10843−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Walter Kassner
287 Carlton Avenue
East Rutherford, NJ 07073

Darlene Kassner
287 Carlton Avenue
East Rutherford, NJ 07073

Social Security No.:
xxx−xx−5246

xxx−xx−0095

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on N/A.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 9, 2024
JAN: omf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10843-SLM |
| Walter Kassner | Chapter 13 |
| Darlene Kassner | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 09, 2024 | Form ID: 148 | Total Noticed: 25 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Walter Kassner, Darlene Kassner, 287 Carlton Avenue, East Rutherford, NJ 07073-1049 |
| 519826938 | + | KML Law Group, 216 Haddon Avenue, Suite 406, Collingswood, NJ 08108-2812 |
| 519827606 | | Rosemary Pilovski, 306 Main Street, East Rutherford, NJ 07073, Co-signer on car; Debtor's sister |
| 519826941 | | Sunnova Asset Portfolio 4 LLC, c/o Corporation Service Company, Princeton South Corporate Center, 100, Ewing Boulevard, Suite 160, Ewing, NJ 08628 |
| 519826944 | + | Veolia Water New Jersey, Payment Center, PO Box 371904, Pittsburgh, PA 15250-7904 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 09 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 09 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | EDI: WFFC2 | Oct 10 2024 00:21:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, Default Document Processing PO Box 1629, Minneapolis, MN 55440 |
| 519826936 | | Email/Text: bankruptcycourts@equifax.com | Oct 09 2024 20:36:00 | Equifax, Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374 |
| 519826937 | ^ | MEBN | Oct 09 2024 20:31:32 | Experian, Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 519884655 | ^ | MEBN | Oct 09 2024 20:35:34 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519830440 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 09 2024 20:47:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519832401 | | EDI: AGFINANCE.COM | Oct 10 2024 00:21:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519850079 | | EDI: PRA.COM | Oct 10 2024 00:21:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank (usa), N.a., POB 41067, Norfolk VA 23541 |
| 519826939 | ^ | MEBN | Oct 09 2024 20:35:16 | PSE&G, Att: Bankruptcy Department, PO Box 709, Newark, NJ 07101-0709 |
| 519952990 | | EDI: Q3G.COM | Oct 10 2024 00:21:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519888136 | | Email/Text: claimsdepartment@sunnova.com | Oct 09 2024 20:36:00 | Sunnova Energy Corporation, 20 Greenway Plaza, Suite 540, Houston, TX 77046 |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 09, 2024 | Form ID: 148 | Total Noticed: 25 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519826940 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 09 2024 20:37:00 | Select Portfolio Servicing, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 519826942 | ^ | MEBN | Oct 09 2024 20:33:13 | Transunion, Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |
| 519885654 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 09 2024 20:37:00 | U.S. Bank National Association, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 519884620 | | EDI: USBANKARS.COM | Oct 10 2024 00:21:00 | US Bank, 60 Livingston Avenue, EP-MN-WS3D, Saint Paul, MN 55107 |
| 519826943 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 09 2024 20:37:00 | US Bank, NA, 3217 South Decker Lake Drive, Salt Lake City, UT 84119-3284 |
| 519880314 | + | EDI: AIS.COM | Oct 10 2024 00:21:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519837400 | + | EDI: WFFC2 | Oct 10 2024 00:21:00 | Wells Fargo Bank, N.A., Default Document, Processing, MAC# N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |
| 519826945 | + | EDI: WFFC2 | Oct 10 2024 00:21:00 | Wells Fargo, Auto, PO Box 29704, Phoenix, AZ 85038-9704 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519956663 | *+ | Wells Fargo Bank, N.A., Default Document, Processing, MAC# N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 11, 2024         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Carroll | on behalf of Debtor Walter Kassner AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Andrew M. Carroll | on behalf of Joint Debtor Darlene Kassner AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 09, 2024 | Form ID: 148 | Total Noticed: 25

Elizabeth L. Wassall
                on behalf of Creditor Wells Fargo Bank  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Marie-Ann Greenberg
                magecf@magtrustee.com

Sindi Mncina
                on behalf of Creditor U.S. Bank National Association  as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 smncina@raslg.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7