| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** | |
| **Marie-Ann Greenberg, MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** | Order Filed on October 9, 2024 <br> by Clerk, <br> U.S. Bankruptcy Court <br> District of New Jersey <br><br> Chapter 13 Case No.:  23-10843 |
| IN RE: <br><br> WALTER KASSNER <br> DARLENE KASSNER | HEARING DATE:  10/09/2024 <br><br> Judge:  STACEY L. MEISEL |

## ORDER DISMISSING PETITION

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

DATED: October 9, 2024

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s):  WALTER KASSNER
            DARLENE KASSNER

Case No.: 23-10843

Caption of Order:     ORDER DISMISSING PETITION

---

THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion to Dismiss on 10/09/2024, and the Court having been satisfied that proper service and notice was effectuated on the Debtor(s) and Debtor(s)' counsel, and the Court having considered the Chapter 13 Standing Trustee's report, and good and sufficient cause appearing therefrom for the entry of this Order, it is

ORDERED AND DIRECTED, that the Debtor(s) Voluntary Petition for Relief under Chapter 13 and all proceedings thereunder are hereby dismissed without prejudice.

Pursuant to 11 U.S.C. Sec. 349(b) this Court, for cause, retains jurisdiction over any additional application filed within 30 days by any administrative claimants for funds on hand with the Chapter 13 Trustee.

ORDERED, that upon case dismissal any funds held by the Chapter 13 Standing Trustee from payments made on account of Debtor(s)' Plan, shall be disbursed to the Debtor(s), less any applicable Trustee fees and commisions, except any adequate protection payments due under the proposed plan or by Court Order, and/or any counsel fees and costs hereby allowed as an Administrative Expense.

2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10843-SLM |
| Walter Kassner | Chapter 13 |
| Darlene Kassner | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Walter Kassner, Darlene Kassner, 287 Carlton Avenue, East Rutherford, NJ 07073-1049 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2024                    Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Carroll | on behalf of Debtor Walter Kassner AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Andrew M. Carroll | on behalf of Joint Debtor Darlene Kassner AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor Wells Fargo Bank N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 09, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association as trustee, on behalf of the holders of the CSMC Mortgage-Backed Pass-Through Certificates, Series 2007-1 smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7